UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STEVEN MOORE, | ) |
| Plaintiff; | ) ) ) |
| v. | ) ) |
| CREDENCE RESOURCE MANAGEMENT, LLC, | ) ) ) Case _____ ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Credence Resource Management, LLC ("Defendant") hereby removes this action from the Mecklenburg County Superior Court to the United States District Court for the Western District of North Carolina. In support of this Notice of Removal, Defendant states as follows:

1. On or about June 23, 2025, plaintiff Steven Moore, filed a Complaint in the Mecklenburg County Superior Court, North Carolina entitled and captioned *Steven Moore v. Credence Resource Management, Inc.*, Case No. 25-CV-031545-590 (hereinafter the "State Court Action").

2. In the State Court Action, plaintiff alleges statutory causes of action against Defendant under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. and the Fair Debt Collections Practices Act, 15, U.S.C. § 1692 *et seq*. In accordance with 28 U.S.C. §

1446(a), a copy of all process and pleadings from the State Court Action are attached as **Exhibit A.** To date, no orders have been entered in the State Court Action.

3. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. §1331 because the State Court Action alleges a cause of action arising under the laws of the United States. Specifically, because plaintiff alleges violations of the FCRA and the FDCPA, the state court Complaint asserts a federal question under 28 U.S.C. §1441.

4. Defendant was served with summons on June 28, 2025.

5. The time within which Defendant is required by law, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which Defendant was served with the State Court Action. *See* 28 U.S.C. §1446.

6. The Mecklenburg County Superior Court is located within the United States District Court for the Western District of North Carolina. Therefore, venue for purposes of removal is proper because the United States District Court for the Western District of North Carolina embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

7. In accordance with 28 U.S.C. § 1446(d), written notice of this Notice of Removal is being concurrently provided to the Mecklenburg County District Court. A true and correct copy of that written notice is attached hereto to as **Exhibit B**.

8. This Notice of Removal is being caused to be served on plaintiff.

WHEREFORE, Defendant provides notice that this action is removed from the Mecklenburg County Superior Court to the United States District Court for the Western District of North Carolina.

July 23, 2025

Respectfully submitted,

*/s Brian D. Roth*
Brian D. Roth (18415)
Sessions Israel & Shartle, LLC
3838 N. Causeway Blvd, Suite 2800
Metairie, LA 70002
(504) 828-3700
broth@sessions.legal

Attorneys for Defendant,
*Credence Resource Management, LLC.*

## CERTIFICATE OF SERVICE

I certify that on July 23, 2025, a copy of the foregoing was served on plaintiff as follows:

Steven Moore
7406 Flodden Field Court
Charlotte, NC 28217

*/s Brian D. Roth*
Brian D. Roth (18415)